|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ali Ibrahim Abu Salim, | ) | No. CIV 06-2214-PHX-JWS (DKD) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **REPORT AND RECOMMENDATION** |
| Alberto Gonzales, et al., | ) | |
| Respondents. | ) | |

TO THE HONORABLE JOHN W. SEDWICK, UNITED STATES DISTRICT JUDGE:

On September 18, 2006, Ali Ibrahim Abu Salim filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, contending that immigration officials are holding him in detention pending his removal to Palestine, but that his removal cannot be effected. He argues that he is entitled to immediate release from custody because his indefinite detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *Zadvydas v. Davis*, 533 U.S. 678 (2001). On September 19, 2006, the Court issued a Notice of Assignment (Doc. #2). On October 4, 2006, the Court ordered Respondents to answer the petition (Doc. #3). On October 10, 2006, copies of the Court's Orders were returned as undeliverable, "unable to forward," with the notation that Abu Salim was "not in custody." *See* Doc. #5, 6.

**IT IS THEREFORE RECOMMENDED** that Abu Salim's petition be dismissed as **MOOT** (Doc. #1).

1  This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See,* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(e), Federal Rules of Civil Procedure. Thereafter, the parties have ten days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

DATED this 16th day of October, 2006.

_____
David K. Duncan
United States Magistrate Judge

- 2 -