MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ABU SALIM ALI IBRAHIM*       v.   *ALBERTO GONZALES, et al.*

THE HONORABLE JOHN W. SEDWICK       2:06-cv-02214-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**       Date: October 25, 2006

    At docket 7, the magistrate judge has issued a report recommending that the petition in this matter be dismissed as moot. This court reviews recommended findings of fact as to which an objection is taken and recommended conclusions of law *de novo*, and reviews findings of fact as to which no objections are taken for clear error. Having applied that standard here, this court concludes that the magistrate judges' recommendations are all correct. They are adopted. Based thereon, the petition at docket 1 is **DISMISSED** as moot.